EXHIBIT A

English   Customer Service   USPS Mobile                                                                 Register / Sign In

USPS.COM

Search USPS.com or Track Packages    Subr

Quick Tools          Ship a Package          Send Mail          Manage Your Mail          Shop          Business Solutions

# USPS Tracking™

 Customer Service ›
Have questions? We're here to help.

Tracking Number: 71603901984875115155

*Service to F+E Trading*

## Product & Tracking Information

**Postal Product:**           **Features:**
                               Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| July 29, 2014, 2:08 pm | Delivered | SOMERSET, NJ 08873 |

Your item was delivered at 2:08 pm on July 29, 2014 in SOMERSET, NJ 08873.

| | | |
|---|---|---|
| July 29, 2014, 8:41 am | Out for Delivery | SOMERSET, NJ 08873 |
| July 29, 2014, 8:31 am | Sorting Complete | SOMERSET, NJ 08873 |
| July 29, 2014, 7:06 am | Arrived at Unit | SOMERSET, NJ 08873 |
| July 28, 2014, 10:05 pm | Departed USPS Facility | JERSEY CITY, NJ 07097 |
| July 26, 2014, 7:27 pm | Arrived at USPS Facility | JERSEY CITY, NJ 07097 |
| July 25, 2014, 10:33 pm | Departed USPS Facility | BOSTON, MA 02205 |
| July 25, 2014, 8:08 pm | Arrived at USPS Facility | BOSTON, MA 02205 |

## Available Actions

Text Updates

Email Updates



2. Article Number

7160 3901 9848 7511 5155

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)    B. Date of Delivery

C. Signature
X  *Joel Schwartz*   ☐ Agent
                     ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type   **CERTIFIED MAIL**

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

1. Article Addressed to:
F & E Trading, LLC
245 Belmont Drive
Somerset, NJ  08873

Olympus Imaging America            MM15

PS Form 3811, January 2005         Domestic Return Receipt