# EXHIBIT B

English    Customer Service    USPS Mobile                                                              Register / Sign In

**USPS.COM**



Search USPS.com or Track Packages   Subr

Quick Tools          Ship a Package       Send Mail       Manage Your Mail      Shop          Business Solutions

# USPS Tracking™

Customer Service ›
Have questions? We're here to help.

Tracking Number: 71603901984875115148    Service c/o RA to F & E Trading

## Product & Tracking Information

Postal Product:          Features:
                         Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| July 28, 2014, 3:25 pm | Delivered | MIAMI, FL 33172 |

Your item was delivered at 3:25 pm on July 28, 2014 in MIAMI, FL 33172.

| July 28, 2014, 1:55 am | Departed USPS Facility | OPA LOCKA, FL 33054 |
| July 27, 2014, 2:30 am | Arrived at USPS Facility | OPA LOCKA, FL 33054 |
| July 25, 2014, 10:33 pm | Departed USPS Facility | BOSTON, MA 02205 |
| July 25, 2014, 8:10 pm | Arrived at USPS Facility | BOSTON, MA 02205 |

## Available Actions

Text Updates

Email Updates



USPS SITES
Customer Gateway ›
spectors ›
General ›
xplorer ›
Postal Museum ›