# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| OLYMPUS IMAGING OF AMERICA, INC., )<br><br>Plaintiff, )<br>v. )<br>F&E TRADING, LLC )<br>Defendant. ) | C.A. No. 14-cv-13091-IT |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Olympus America, Inc., formally known as Olympus Imaging of America, Inc. by and through its undersigned counsel, does hereby provide notice of the voluntary dismissal of the above-entitled action <u>with</u> prejudice and with each party bearing their own costs.

          Respectfully submitted,
          Plaintiff,
          Olympus Imaging America Inc.,
          by its attorneys,

          /s/ *Michael R. Stanley*
          Michael R. Murphy (BBO # 671816)
          michael.murphy@klgates.com
          Michael R. Stanley (BBO # 680957)
          michael.stanley@klgates.com
          K&L Gates, LLP
          One Lincoln Street
          State Street Financial Center
          Boston, MA 02111-2950
          617-261-3100

**CERTIFICATE OF SERVICE**

      I, Michael R. Stanley, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

Dated: June 15, 2015                                  */s/ Michael R. Stanley*